IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHELLEY HAUSE and STEPHEN HAUSE                                              PLAINTIFFS

vs.                                    CASE NO. 5:24-cv-05143-TLB

THE CITY OF FAYETTEVILLE, ARKANSAS                                            DEFENDANT

**PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS**

COMES NOW, Plaintiffs Shelley and Stephen Hause, by and through their attorney, Richard Garrett Ham, Jr., respectfully move this Court for an order staying proceedings in the above-captioned case pending the outcome of recently introduced state legislation that could render the dispute moot. In support of this Motion, Plaintiffs state as follows:

1. On January 29, 2025, Defendant submitted its Motion for Summary Judgment. Plaintiffs submitted their response in opposition to that motion on February 11, 2025, and Defendant submitted its reply on February 14, 2025.

2. While preparing their own Motion for Summary Judgement, Plaintiffs became aware of House Bill 1445 ("HB 1445"), which was introduced in the Arkansas General Assembly on February 10, 2025. HB 1445 is attached as Exhibit 1 and incorporated by reference herein.

3. HB 1445, if enacted, would repeal the Fayetteville short-term rental ordinance, thereby eliminating the regulatory framework at issue in this litigation.

4. On February 12, 2025, HB 1445 was passed out of committee with a recommendation that it be adopted by the General Assembly. The bill's progress, along with the Arkansas Senate's passage of a similar bill during the last legislative session, suggests a strong possibility that HB 1445 will be passed into law within the coming months.

1

5. If HB 1445 becomes law, this case may become moot, as the regulatory regime challenged by Plaintiffs would be void.

6. To conserve judicial resources and avoid unnecessary expenditures of time and effort by the parties, Plaintiffs respectfully request that the Court stay proceedings in this matter pending further developments in the Arkansas General Assembly.

7. Plaintiffs propose that the Court set a deadline of May 1, 2025, for Plaintiffs to file either their own motion for summary judgment or a motion to dismiss, depending on whether HB 1445 becomes law.

8. Granting a stay will serve the interests of judicial economy and prevent unnecessary litigation expenses for both parties and the Court. A stay will also clarify whether continued adjudication of this case is necessary.

9. A Brief in Support of this Motion for Stay of Proceedings is being filed contemporaneously herewith.

WHEREFORE, Plaintiffs Shelley and Stephen Hause respectfully request this Court enter an order staying all proceedings in this matter pending further developments in the Arkansas General Assembly and setting a deadline of May 1, 2025, for Plaintiffs to submit either a motion for summary judgment or a motion to dismiss, and grant Plaintiffs such other and further relief as the Court seems just and proper.

Respectfully submitted,
THE HAM LAW FIRM, L.T.D.

By /s/ Richard Garrett Ham, Jr.
Richard Garrett Ham, Jr. (2010199)
3506 NW Woodberry Ct
Bentonville, AR 72712
(479) 422-7530
garrett.ham@str-lawyer.com

ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I, Richard Garrett Ham, Jr., hereby certify that a true and correct copy of the foregoing document is served to counsel for Defendants, Brian David Wood, Kit Williams, Blake Pennington, and Hannah Hungate, via the Court's electronic filing system.

/s/ Richard Garrett Ham, Jr.

Richard Garrett Ham, Jr.
