**EXHIBIT 1**

**Stricken language would be deleted from and underlined language would be added to present law.**

1  State of Arkansas
2  95th General Assembly

# A Bill

3  Regular Session, 2025                          HOUSE BILL 1445

4
5  By: Representative B. McKenzie
6  By: Senator J. Bryant
7

## For An Act To Be Entitled

8
9  AN ACT TO PROHIBIT CERTAIN RESTRICTIONS ON THE
10  REGULATION OF SHORT-TERM RENTALS; AND FOR OTHER
11  PURPOSES.
12
13

## Subtitle

14
15  TO PROHIBIT CERTAIN RESTRICTIONS ON THE
16  REGULATION OF SHORT-TERM RENTALS.
17
18  BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF ARKANSAS:
19
20  SECTION 1.  DO NOT CODIFY.  Legislative findings.
21  The General Assembly finds that:
22      (1)  Arkansas Constitution, Article 2, § 2, establishes that "All
23  men are created equally free and independent, and have certain inherent and
24  inalienable rights; amongst which are those of enjoying and defending life
25  and liberty; of acquiring, possessing and protecting property, and
26  reputation; and of pursuing their own happiness";
27      (2)  Furthermore, Arkansas Constitution, Article 2, § 21,
28  establishes that "No person shall be taken, or imprisoned, or disseized of
29  his estate, freehold, liberties or privileges; or outlawed, or in any manner
30  destroyed, or deprived of his life, liberty or property; except by the
31  judgment of his peers, or the law of the land; nor shall any person, under
32  any circumstances, be exiled from the State";
33      (3)  Arkansans have a constitutional right to use their property
34  without intrusion by the government;
35      (4)  Short-term rentals are vital to the tourism and
36  marketability of the state; and

1   (5)  Local governments often hold back tourism and infringe on

2 property owners' private property rights in this state by passing ordinances

3 that inhibit property owners' right to use their property as they see fit.

4

5   SECTION 2.  Arkansas Code Title 18, Chapter 11, Subchapter 1, is

6 amended to add an additional section to read as follows:

7   18-11-111.  Restrictions on regulation of short-term rentals and

8 vacation rentals — Definitions.

9   (a)  As used in this section:

10    (1)  "Applicant" means:

11     (A)  A short-term rental owner; or

12     (B)  An assigned agent who plans to manage a short-term

13 rental;

14    (2)  "Local government" means an incorporated town, a city, or a

15 county;

16    (3)  "Effectively prohibit" means an act or failure to act by the

17 governing body of a local government that prevents a property owner, lodging

18 operator, or tenant from using property as a short-term rental after

19 reasonable compliance with generally applicable local laws;

20    (4)(A)  "Short-term rental" means an individually or collectively

21 owned single-family house or dwelling unit or a unit or group of units in a

22 condominium, cooperative or timeshare, or owner-occupied residential home

23 that is offered for rental for a fee and for thirty (30) days or less.

24     (B)  "Short-term rental" does not include a unit that is

25 used:

26      (i)  For retail;

27      (ii)  As a restaurant;

28      (iii)  As banquet space;

29      (iv)  As an event center; or

30      (v)  For any other similar use; and

31    (5)  "Short-term rental marketplace" means a person who provides

32 a platform through which a property owner, lodging operator, or tenant, or

33 the authorized agent of the property owner, lodging operator, or tenant,

34 offers a short-term rental to an occupant.

35   (b)  A local government shall not enact or enforce an ordinance,

36 resolution, rule, or other requirement of any type that prohibits,

1  effectively prohibits, or limits the use of a property as a short-term rental
2  unit.
3      (c)  A local government may enact or enforce an ordinance, resolution,
4  rule, or other requirement that:
5          (1)(A)  Requires an applicant to register with the local
6  government, at a cost not to exceed fifty dollars ($50.00) per short-term
7  rental, prior to the applicant's operation of a short-term rental, provided
8  that the ordinance, resolution, rule, or other requirement does not expressly
9  prohibit, effectively prohibit, or limit the use of a property as a short-
10  term rental.
11          (B)  If a local government enacts or enforces an ordinance,
12  resolution, rule, or other requirement under subdivision (c)(1)(A) of this
13  section, the local government shall:
14              (i)  Review an application for registration for
15  completeness within fifteen (15) business days after receiving the
16  application for registration; and
17              (ii)  Accept the application for registration or
18  issue a written notice of denial of the application for registration that
19  identifies the deficiencies in the application for registration.
20          (C)  An applicant that receives a written notice of denial
21  of the applicant's application for registration under subdivision
22  (c)(1)(B)(ii) of this section shall not be prohibited from submitting another
23  application for registration if the applicant cures the deficiencies
24  identified in the written notice of denial of the application for
25  registration;
26      (2)  Is not more burdensome than an ordinance, resolution, rule,
27  or other requirement that currently applies to all residential properties
28  found within the jurisdiction of the local government;
29      (3)  Suspends an applicant's ability to operate a short-term
30  rental for a period of time that does not exceed thirty (30) days if the
31  applicant has been adjudicated of violating the same local ordinance three
32  (3) or more times within a one hundred eighty (180) day period of time;
33      (4)  Suspends an applicant's ability to operate a short-term
34  rental for a period of time that does not exceed twelve (12) months if the
35  applicant has been found guilty of violating one (1) local ordinance and the
36  violation of the local ordinance:

HB1445

| | |
|---|---|
| 1 | (A)  Occurred at the short-term rental; and |
| 2 | (B)  Resulted in the serious physical injury or wrongful |
| 3 | death of a person from the purposely reckless conduct of the short-term |
| 4 | rental owner or the short-term rental owner's assigned agent; or |
| 5 | (5)  Limits or prohibits the use of a short-term rental to: |
| 6 | (A)  House sex offenders; |
| 7 | (B)  Sell illegal drugs or alcohol; or |
| 8 | (C)  House an adult-oriented business, including without |
| 9 | limitation a business involving: |
| 10 | (i)  Pornography or other obscene material; or |
| 11 | (ii)  Nude or topless dancing. |
| 12 | (d)  A short-term rental: |
| 13 | (1)  Shall be classified as residential land use for zoning |
| 14 | purposes; and |
| 15 | (2)  Is subject to all zoning requirements applicable to property |
| 16 | classified as residential land use for zoning purposes. |
| 17 | (e)  A local government shall not regulate the operation of a short- |
| 18 | term rental marketplace. |