**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**SHELLEY HAUSE and STEPHEN HAUSE**                                   **PLAINTIFFS**

**V.**                                   **CASE NO. 5:24-CV-5143**

**CITY OF FAYETTEVILLE, ARKANSAS**                                   **DEFENDANT**

## <u>JUDGMENT</u>

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Court's Memorandum Opinion and Order filed this day, Defendant City of Fayetteville, Arkansas' Motion for Summary Judgment (Doc. 26) is **GRANTED**, and Plaintiffs Shelley and Stephen Hause's Motion for Summary Judgment (Doc. 34) is **DENIED**. The case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 22nd day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE